IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

Kristin Murkowski,
               Plaintiff,

v.

Aetna Life Insurance Company,
               Defendant.

FILED in the Trial Courts
State of Alaska, Fourth District

APR 2 7 2010

By_____ Deputy

Case No. 4FA-10- 1763 Civil

## COMPLAINT

1. Plaintiff is within the Eligible Class of persons entitled to benefits under the terms of a Group Coverage Plan issued by the defendant to Repsol USA Holdings Corporation (the Group Coverage Plan).

2. Plaintiff has received medical care for which she is entitled to Medical Expense Coverage under the terms of the Group Coverage Plan.

3. For this medical care plaintiff has requested determinations by the defendant for coverage as medically necessary or appropriate under the Group Coverage Plan.

4. In response to these requests the defendant has denied to authorize coverage under the Group Coverage Plan.

Law Offices Of
CHARLES E. COLE
106 Cushman Street
Fairbanks, AK 99701
Phone (907) 452-1124
Fax (907) 456-2523

Complaint
Kristin Murkowski v. Aetna Life Insurance Company
Page 1 of 2

EXHIBIT B
PAGE 1 OF 2

Case 4:10-cv-00019-RRB   Document 1-2   Filed 05/25/10   Page 1 of 2

5. Plaintiff has requested of the defendant the reasons for these denials and the documents within the defendant's custody and control that support these denials, but the defendant has failed and refused to furnish them to her.

6. Plaintiff is entitled to receive those documents to enable her to decide whether the defendant has properly decided that plaintiff is not entitled coverage for this medical care under the terms of the Group Coverage Plan, and to enable her to determine what her rights are under the appeal and judicial processes.

WHEREFORE, plaintiff prays for a mandatory injunction commanding the defendant to furnish her with all documents and all correspondence under its custody and control relating in any way to the reasons it denied coverage under the Group Coverage Plan for the medical care for which plaintiff claims she is entitled coverage under the Group Coverage Plan.

Dated: April 27, 2010

                                                  */s/ Charles E. Cole*
                                                  Charles E. Cole
                                                  Alaska Bar No. 5503004
                                                  Attorney for plaintiff

Law Offices Of
CHARLES E. COLE
406 Cushman Street
Fairbanks, AK 99701
Phone (907) 452-1124
Fax (907) 456-2523
Email: colelaw@arc.net

Complaint
Kristin Murkowski v. Aetna Life Insurance Company
Page 2 of 2

EXHIBIT B
PAGE 2 of 2

Case 4:10-cv-00019-RRB   Document 1-2   Filed 05/25/10   Page 2 of 2