Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3317
Facsimile: 907-276-2631
Email: partnowp@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| KRISTIN MURKOWSKI, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 4:10-cv-00019-RRB |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant | **ERRATA** |

COMES NOW defendant Aetna Life Insurance Company, by and through counsel, Lane Powell LLC, and hereby attaches to this Errata an Amended Stipulation for Dismissal Without Prejudice. The Stipulation filed at Docket No. 14 was filed with an incomplete rule number.

DATED this 7th day of December, 2010.

LANE POWELL LLC
Attorneys for Defendant

By /s/ Peter C. Partnow
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-3317
Fax: 907-276-2631
Email: partnowp@lanepowell.com
ASBA No. 7206029

I certify that on December 7, 2010, a copy of the foregoing was served by ECF on:

Charles E. Cole, Esq. (coletak@gmail.com)

/s/ Peter C. Partnow

005583.0163/175457.1